UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Leon Brown, et al.

        **Plaintiff(s),**

v.

Norman Gary Price, et al.

        **Defendant(s).**

Civil Case No. 3:17-cv-00869-HZ

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Karen R. Frostrom requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Frostrom, Karen R.
    *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Firm or Business Affiliation: Thorsnes Bartolotta McGuire LLP

Mailing Address: 2550 Fifth Avenue, Suite 1100

City: San Diego    State: CA    Zip: 92103

Phone Number: 619-236-9363    Fax Number: 619-236-9653

Business E-mail Address: frostrom@tbmlawyers.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
California State Bar; admitted 6/1/2000; Bar #207044

            Arizona State Bar; admitted 11/1/2004; Bar #023217

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
USDC Southern District of California; admitted 6/21/2000; Bar #207044

            USDC Northern District of California; admitted 12/7/2001; Bar #207044

            USDC Central District of California; admitted 10/6/2005; Bar #207044

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Enviso Capital Group, LLC

**(6)  CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 21 day of September, 2017

/Karen R. Frostrom
*(Signature of Pro Hac Counsel)*

Karen R. Frostrom
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 21 day of September, 2017

*(Signature of Local Counsel)*

Name: Heekin, Katherine
(Last Name)            (First Name)            (MI)    (Suffix)

Oregon State Bar Number: 944802
Firm or Business Affiliation: The Heekin Law Firm
Mailing Address: 808 SW Third Avenue, Suite 540
City: Portland                State: OR      Zip: 97204
Phone Number: 503-222-5578   Business E-mail Address: Katherine@heekinlawoffice.com

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge